UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesus ESPINOZA–RODRIGUEZ,
Defendant–Appellant.

No. 05–20440
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

July 13, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Brent Evan Newton, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

---

**334**

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jesus Espinoza–Rodriguez raises arguments that are foreclosed by *United States v. Lopez–Ortiz*, 313 F.3d 225, 229–31 (5th Cir.2002), which held that an immigration judge's failure to inform an alien of his eligibility for discretionary waiver of removal at his removal proceeding did not render the proceeding fundamentally unfair. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

